UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GARZA,<br><br>    Plaintiff,<br><br>    v.<br><br>FMC TECHNOLOGIES SURFACE INTEGRATED SERVICES, INC.,<br><br>    Defendant. | Case No. 1:22-cv-00062-DAD-BAK (EPG)<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 18) |

On August 8, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 18). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 9, 2022**               /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1